# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:16-cr- 98 |
| Plaintiff, ) | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR OLIN FRANCIS MANUEL (ID#) 1156467 |
| vs. ) | |
| OLIN FRANCIS MANUEL, ) | |
| Defendant. ) | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **OLIN FRANCIS MANUEL** before the United States District Court at Las Vegas, Nevada, on or about _I/A & A&P, 4/5/16    3C, CWH_____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: March 29, 2016

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336
5
6              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
7                        -oOo-
8
   UNITED STATES OF AMERICA,        )   Case No.: 2:16-cr- 98
9                                   )
                 Plaintiff,          )   PETITION FOR WRIT OF HABEUS
10                                  )   CORPUS AD PROSEDUENDUM FOR
       vs.                          )   OLIN FRANCIS MANUEL
11                                  )   (ID#) 1156467
   OLIN FRANCIS MANUEL,             )
12                                  )
                                    )
13               Defendant.          )
                                    )
14 _____

15     The petition of the United States Attorney for the District of Nevada respectfully shows

16 that **OLIN FRANCIS MANUEL**, is committed by due process of law in the custody of the

17 Warden, High Desert State Prison, Indian Springs, Nevada, that it is necessary that the said

18 **OLIN FRANCIS MANUEL** be temporarily released under a Writ of Habeas Corpus Ad

19 Prosequendum so that the said **OLIN FRANCIS MANUEL** may be present before the United

20 States District Court for the District of Nevada, Las Vegas, Nevada, on
   I/A & A&P, 4/5/16
   3C, CWH
21 _____, at the hour of 3:00 p.m., for arraignment and from time to

22 time and day to day thereafter until excused by the said Court.

23

24

1     That the presence of the said **OLIN FRANCIS MANUEL** before the United States District Court on or about ____ I/A & A&P, 4/5/16 3C, CWH ____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

    WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, High Desert State Prison Indian Springs, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **OLIN FRANCIS MANUEL** before the United States District Court on or about ____ I/A & A&P, 4/5/16 3C, CWH ____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada.

    DATED this 29rd day of March, 2016

                                     Respectfully submitted,

                                       DANIEL G. BOGDEN
                                       United States Attorney

                                       */s/ Phillip N. Smith, Jr.*
                                       PHILLIP N. SMITH, JR.
                                       Assistant United States Attorney