RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ANNIE J. YOUCHAH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Annie_Youchah@fd.org

Attorney for Olin Francis Manuel

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00098-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| OLIN FRANCIS MANUEL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Annie J. Youchah, Assistant Federal Public Defender, counsel for Olin Francis Manuel, that the Revocation Hearing currently scheduled on September 14, 2021, be vacated and continued to September 22, 2021 at 2:00 p.m.

This Stipulation is entered into for the following reasons:

1. Probation is unavailable on the currently scheduled date.
2. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

1  DATED this 10th day of September, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Annie J. Youchah*<br>By_____<br>ANNIE J. YOUCHAH<br>Assistant Federal Public Defender | */s/ Peter S. Levitt*<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>OLIN FRANCIS MANUEL,<br><br>     Defendant. | Case No. 2:16-cr-00098-APG-NJK<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, September 14, 2021 at 2:00 p.m., be vacated and continued to September 22, 2021 at the hour of  2 : 00  p.m. Courtroom 6C by videoconference.

  DATED this 10th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE