UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLIN FRANCIS MANUEL,<br><br>　　　　Defendants. | Case No. 2:16-cr-00098-APG-NJK<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Petition for Summons for Offender Under Supervision is Dismissed (ECF No. 32). The November 18, 2021 continued revocation hearing is vacated.

 DATED:  this  16th  day of November, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3